UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

CA NO. 06-222L

Randolph Carpenter

ORDER

The government's response to the Defendant's motion to vacate sentence is due on June 14, 2006.

ENTER:

/s/ Ronald R. Lagueux

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 5/17/06

BY Order:

/s/ Deputy Clerk
Deputy Clerk