LAW OFFICE OF
**EDWARD MANNING**

One Turks Head Place, Suite 1105
Providence, Rhode Island 02903

Telephone (401) 457-0202
Facsimile (401) 457-0203

June 9, 2006

RECEIVED
JUN 14 2006
U.S. ATTORNEY
DISTRICT OF R.I.

Richard W. Rose, AUSA
50 Kennedy Plaza
8th Floor
Providence, RI 02903

RE: Carpenter v. United States of America
Case No. 02-03L

Dear US Attorney Rose:

In response to Petitioner Carpenter's claims in the above captioned matter, I deny that Petitioner Carpenter was uninformed of his right to testify.

Prior to the trial, in discussions of his plea agreement before the court, both Judge Lagueux and I, as his counsel, worked with Mr. Carpenter on the record to assure that he understood the elements of the plea agreement and the rights that he was waiving, including the right to testify.

Moreover, Petitioner's *Memorandum of Law in Support of 28 U.S.C. § 2255 Motion*, page 4, cites a quote from Judge Lagueux, which clearly illustrates that Mr. Carpenter was notified of his right to testify; *i.e.*, ***"I want him to understand that if he's got a chance of acquittal in this case it is probable that he's going to have to take the witness stand and testify".***

*Motion to Vacate the Plea* embodied the protection of Mr. Carpenter's rights, especially the right to testify. Mr. Carpenter made the final decisions in his case to waive all of his rights and I aver that I never advised him otherwise. When the Plea was vacated, Mr. Carpenter was made aware that all of the rights he waived were reinstated as of the time the court vacated his plea.

Very truly yours,

Edward Manning

Edward Manning
Attorney
Law Office of Edward Manning
EPM/gnh