UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Randolph Carpenter<br><br>Plaintiff,<br>v.<br><br>USA<br><br>Defendant | } | C.A. No. 06-222L |

JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ x ] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant USA against the petitioner Randolph Carpenter in accordance with the Court's Memorandum and Order dated 3/22/07.

Deputy Clerk
March 22, 2007